UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEE FRED ALSTON as a TRUSTEE OF         :
THE LOCAL 272 LABOR-MANAGEMENT
PENSION FUND
                                                                           :
                         Plaintiff,                                            ORDER
                                                                           :
           -v.-
                                                                           :       24 Civ. 7298 (AT) (GWG)
IMPERIAL PARKING (U.S.) LLC
                                                                           :

                         Defendant.                                    :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery dispute raised in Docket # 24 will take place on <u>Tuesday, April 1, 2025, at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York</u>.

     In light of the fact that production was made after the last conference between the parties, the parties are directed to <u>immediately confer by telephone or in person again</u> regarding the issues raised in the letter.  The parties have leave to schedule depositions at their mutual convenience after the discovery cutoff date.  As part of this conference, plaintiff's counsel shall describe in detail the methodology that was used to conduct any email search and shall put the description in writing if so requested.  Each party shall file a letter <u>by March 31, 2025</u>, as to the status of each of the issues raised in the letters.  To the extent the text of any interrogatory request/response or document request remains at issue, a copy of the discovery request/response shall be annexed to the letter.

     It is the Court's intention to decide the dispute at the conference based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.  This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: March 21, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge