**JEFFREY S. DUBIN, P.C.**  
464 NEW YORK AVENUE  
SUITE 100  
HUNTINGTON, NEW YORK 11743

TELEPHONE  
(631) 351-0300  
E MAIL  
DubinJS@cs.com

Jeffrey S. Dubin

March 24, 2025  
By ECF Only

Hon. Gabriel W. Gorenstein  
United States Magistrate Judge  
United States Courthouse  
Southern District of New York

**MEMORANDUM ENDORSED**

Re:   *Fred Alston, as a Trustee, etc.*  
      *v. Imperial Parking (U.S.) LLC,*  
      24 Civ. 7298 (AT) (GWG)  
      Letter Motion To Adjourn Conference

Dear Judge Gorenstein:

I write to adjourn the conference scheduled for Tuesday, April 1, 2025, at 11:00 a.m., with the consent of counsel for the defendant. I have on that day, a previously scheduled "in person" settlement conference. The date and time for the adjourned conference, suggested by your Chambers is Friday, April 4, 2025, at 11:00 a.m. There has been no previous request to adjourn this conference.

/S Jeffrey S. Dubin  
Jeffrey S. Dubin, P.C.  
Attorney for Plaintiffs  
464 New York Avenue  
Huntington, New York 11743  
631 351 0300  
DubinJS@cs.com

Granted. Conference adjourned to April 4, 2025, at 11:00 a.m. in Courtroom 519, 40 Centre Street, New York, New York.

So Ordered.

GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
March 25, 2025