UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND,

                Plaintiffs,

-against-

IMPERIAL PARKING (U.S.) LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

24 Civ. 7298 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 20, 2025, the Court referred this matter to the Honorable Gabriel W. Gorenstein for general pretrial management. ECF No. 25. Accordingly, the case management conference scheduled to take place before the undersigned on April 21, 2025, *see* ECF No. 16, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge