| | |
|---|---|
| **JEFFREY S. DUBIN, P.C.**<br>464 NEW YORK AVENUE<br>SUITE 100<br>HUNTINGTON, NEW YORK 11743 | MEMORANDUM ENDORSED |

Jeffrey S. Dubin

May 15, 2025
By ECF Only

**Hon. Gabriel W. Gorenstein**
United States Magistrate Judge
United States Courthouse
Southern District of New York

Re:   *Fred Alston, as a Trustee, etc.*
      *v. Imperial Parking (U.S.) LLC,*
      24 Civ. 7298 (AT) (GWG)
      Letter Motion To Extend Time

Dear Judge Gorenstein:

   On April 4, 2025, the Court held a discovery conference. The Court issued a Minute Entry dated April 4, 2025, which required the "[p]arties to provide a status update, including any new proposed discovery schedule, by May 5, 2025." The Court, upon the joint request of the parties, extended that date to May 16, 2025.

   The parties and their legal counsel have been discussing settlement and exchanging information. The parties would like to continue the settlement process. The parties jointly request an extension of two weeks to Friday, May 30, 2025, to provide a status update, including any new proposed discovery schedule.

   This is the parties second joint request to extend the original May 5, 2025 deadline.

Extension to May 30, 2025, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 16, 2025

/S Jeffrey S. Dubin
Jeffrey S. Dubin, P.C.
Attorney for Plaintiffs
464 New York Avenue
Huntington, New York 11743
(631) 351-0300
DubinJS@cs.com